UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN ESPINO LOPEZ,<br>Petitioner/Defendant,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent/Plaintiff. | 5:26-cv-02769-AB<br>5:23-cr-00159-AB<br><br><u>ORDER REQUIRING PETITIONER TO RESPOND</u> |

The Court has reviewed and considered Respondent/Plaintiff United States of America's <u>ex parte</u> Motion to Compel Petitioner's Compliance with the Court's Order issued on June 29, 2026 (5:26-cv-02769-AB, ECF 6). Based on the representations in the motion, Petitioner's former counsel mailed Petitioner his declaration on July 15, 2026. Pursuant to the Court's June 29, 2026 Order, Petitioner had 30 days thereafter to respond, either by providing former counsel's declaration to Respondent, authorizing former counsel to provide his declaration to Respondent, or withdrawing his ineffective assistance of counsel claims. As of the date of this order, Petitioner has not responded.

Therefore, for good cause shown, the Court hereby ORDERS Petitioner to respond as set forth in the Court's June 29, 2026

Order. Petitioner must respond by November 13, 2026. If Petitioner does not respond by that date, the Court authorizes Petitioner's former counsel to serve his declaration on Respondent.

IT IS SO ORDERED.

October 13, 2026
DATE

THE HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE